UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH,<br><br>    Plaintiff,<br><br>v.<br><br>CLAWSON CONSTRUCTION, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-02942-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Hixson's Report and Recommendation Re Motion for Default Judgment filed on October 29, 2021 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiffs against Defendant as follows:

1. The Secretary's motion for default judgment (ECF No. 26) be granted.

2. John R. Clawson be removed as Trustee and Clawson Construction, Inc. be removed as Administrator of the Clawson Construction Co., Inc. 401(k) Plan.

3. Defendants be permanently enjoined from violating the provisions of ERISA.

4. AMI Benefit Administrators be appointed as independent fiduciary with discretionary authority over the administration and management of the Plan, with all the rights, duties, discretion, and responsibilities of a trustee, fiduciary, and Plan Administrator under ERISA to perform the following duties:

(a) The independent fiduciary shall be responsible for marshaling, calculating the account balances, allocating, paying out, distributing, and administering Plan assets for all the assets in the

Plan, and taking further action with respect to the Plan as appropriate, and terminating the Plan when all of its assets are distributed to all of the Eligible Plan Participants;

(b) The independent fiduciary shall, pursuant to the procedures outlined in the Employee Benefits Security Administration's Field Assistance Bulletin 2014-01, exercise reasonable care and diligence to identify and locate each participant and beneficiary of the Plan who is eligible to receive a distribution under the terms of the Plan;

(c) The independent fiduciary shall have full access to all data, information, and calculations in the possession of the Plan and under its control, including information and records maintained by the Defendants, their attorneys, their accountants, and other agents, as well as service providers of the Plan;

(d) The independent fiduciary shall comply with all applicable rules and laws;

(e) The independent fiduciary has all the rights, duties, discretion and responsibilities of a trustee, fiduciary and Plan Administrator under ERISA, including filing annual and/or final Form 5500;

(f) For services performed pursuant to this judgment, the independent fiduciary shall receive compensation not to exceed $4,570 for fees and expenses reasonably and necessarily incurred in administrating and terminating the Plan; and

(g) The independent fiduciary's fee shall be paid from the assets of the Plan.

Dated at Oakland, California, this 20th day of January, 2022.

    Mark Busby
    Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.